1  JEFFER MANGELS BUTLER & MITCHELL LLP
   MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
2  CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California 94111-3813
   Telephone:    (415) 398-8080
4  Facsimile:    (415) 398-5584

5  Attorneys for Defendant FEDERAL DEPOSIT INSURANCE
   CORPORATION, as RECEIVER for INDYMAC FEDERAL
6  BANK, FSB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAVID M. EVANS AND MARIA SALLY P. EVANS,<br><br>    Plaintiffs,<br><br>    v.<br><br>HBC INVESTMENT GROUP, INC. dba ALL AMERICAN MORTGAGE; MTC FINANCIAL INC., dba TRUSTEE CORPS; INDYMAC FEDERAL BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-250 inclusive,<br><br>    Defendants. | CASE NO.    1:10-CV-01373-OWW-JLT<br><br>**ORDER GRANTING SUBSTITUTION OF FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR INDYMAC FEDERAL BANK, FSB AND REQUEST FOR STAY**<br><br>**CTRM:**    3<br>**JUDGE:**   HON. OLIVER W. WANGER |

PDF created with pdfFactory trial version www.pdffactory.com

1   THE COURT, having reviewed the Substitution Of Federal Deposit Insurance
2   Corporation, As Receiver For Indymac Federal Bank, FSB and the requested stay, and good cause
3   having been shown,
4   IT IS HEREBY ORDERED:
5   (1) that the Federal Deposit Insurance Corporation, as Receiver for Indymac
6   Federal Bank ("FDIC as Receiver"), is substituted in for named defendant Indymac Federal Bank,
7   FSB, and
8   (2) that all proceedings in this matter are stayed for ninety (90) days from the
9   date of this order.
10  IT IS SO ORDERED.
11
12  Dated: October 1, 2010                    /s/ OLIVER W. WANGER
                                              UNITED STATES DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com