1  JEFFER MANGELS BUTLER & MITCHELL LLP
   MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
2  CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California  94111-3813
   Telephone:    (415) 398-8080
4  Facsimile:    (415) 398-5584

5  Attorneys for Defendant FEDERAL DEPOSIT INSURANCE
   CORPORATION, as RECEIVER for INDYMAC FEDERAL
6  BANK, FSB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAVID M. EVANS AND MARIA SALLY P. EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>HBC INVESTMENT GROUP, INC. dba ALL AMERICAN MORTGAGE; MTC FINANCIAL INC., dba TRUSTEE CORPS; INDYMAC FEDERAL BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-250 inclusive,<br><br>Defendants. | CASE NO.    1:10-CV-01373-OWW-JLT<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL BY FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC FEDERAL BANK, FSB AND ORDER TO REMAND**<br><br>CTRM:    3<br>JUDGE:    HON. OLIVER W. WANGER |

1    THE COURT, having reviewed the Request for Dismissal by FDIC, As Receiver For Indymac Federal Bank, FSB, and good cause having been shown,

IT IS HEREBY ORDERED:

1. That this action is dismissed as to the FDIC, as Receiver for Indymac Federal Bank, FSB; and
2. The case shall be remanded back to Stanislaus Superior Court.

IT IS SO ORDERED.

Dated:   **December 29, 2010**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE